AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ANNA D. | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | |
| *Defendant* | |

Civil Action No.  1:23-cv-3105-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    The ALJ's nondisability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social
Security for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).
JUDGMENT for Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    EDWARD F. SHEA _____ on cross motions for
Summary Judgment.

Date:  12/14/2023 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Wendy Kirkham _____
*(By) Deputy Clerk*

Wendy Kirkham _____